[No. 572-41076-1.    Division One—Panel 1.    April 26, 1971.]

KINGSTON VILLAGE CORPORATION, *Appellant*, v. KING COUNTY, *Respondents*.

*Caplinger & Munn* and *James S. Munn*, for appellant.

*Christopher T. Bayley, Prosecuting Attorney*, and *Bruce W. Rudeen, Deputy*, for respondents.

PER CURIAM.—This action was brought by plaintiff, Kingston Village Corporation, against defendant, King County, to quiet title to a 15-foot strip of land. From a judgment entered upon findings of the trial court awarding a portion of the strip to defendant, plaintiff appeals.

Although there are a total of 44 assignments of error, the only issue in the case is a factual one as to whether or not respondent had acquired a prescriptive right to the property either under the 7-year statute, RCW 36.75.070, or 10-year statute, RCW 36.75.080. There was substantial evidence in the record from which the court was justified in finding that the strip had been used as a public highway for over 10 years and had been maintained at county expense for over 7 years. These findings may not

be disturbed. *Hughes v. Stusser,* 68 Wn.2d 707, 415 P.2d 89 (1966).

Appellant contends that there was a gradual encroachment from a public road into the strip which was "wild land for many years" and that the use, such as it was, was not adverse. *King County v. Hagen,* 30 Wn.2d 847, 194 P.2d 357 (1948), disposes of this contention.

The judgment will be affirmed.